Case 7:24-cr-00699   Document 12   Filed on 07/01/24 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
May 14, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. **M-24-699** |
| MARTHA GUADALUPE PADRON § | |
| ~~MARTHA PADRON~~ § § | |
| (NC 07/01/2024) | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about May 2, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARTHA PADRON**

knowingly made a false statement and representation with respect to information required to be kept in the records of Academy Sports and Outdoors in Pharr, Texas, a federally licensed firearms dealer, in connection with the acquisition of a Ruger SR22 .22 caliber pistol, in that the defendant, MARTHA PADRON, falsely represented on the ATF Form 4473 that the defendant resided in Grand Prairie, Texas, when in truth and fact the defendant knew that those statements and representations were false and that the defendant did not reside in Grand Prairie, Texas.

In violation of Title 8, United States Code, Section 924(a)(1)(A).

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY

<u>NOTICE OF FORFEITURE</u>
**18 U.S.C. §924(a)(1)(A)**

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant(s),

**MARTHA PADRON**

that upon conviction of a violation of Title 18, United States Code, Section 924(a)(1)(A), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

- Riley Defense model RAK 47, 7.62x39mm, with serial number B42533
- Glock model 19X, 9mm, with serial number BXYZ859
- Glock model 17, 9mm, with serial number BZAL338